# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

KAYLA BLANCHARD,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC, et al.,

    Defendants.

Case No. 2:16-cv-01130-RDP

## JOINT NOTICE OF SETTLEMENT

Defendant Equifax Information Services LLC ("Equifax"), Defendant Trans Union, LLC ("Trans Union") and Plaintiff Kayla Blanchard hereby notify the Court that Plaintiff, Equifax, and Trans Union have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal, which they expect to complete on or before January 31, 2017. Equifax and Trans Union respectfully request to be excused from the upcoming scheduling conference scheduled for January 4, 2017. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

{MB255144.1}

Respectfully submitted this 3rd day of January, 2017.

/s/ *Kirkland E. Reid*
Kirkland E. Reid (REIDK9451)
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 432-1414 (main)
Fax (251) 439-7358
Email: kreid@joneswalker.com
Counsel for Equifax Information Services LLC

*/s/ Matthew Robinett   (by consent)*
Matthew Robinett
Norman Wood Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Email: mrobinett@nwkt.com
Counsel for TransUnion, LLC

*/s/ John C. Hubbard   (by consent)*
John C Hubbard
John C. Hubbard LLC
2015 First Avenue North
Birmingham, AL 35203
Email: jch@jchubbardlaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a true and correct copy of the foregoing via the CM-ECF system to all counsel of record:

James N Nolan
Constangy, Brooks, Smith & Prophete, LLP
Two Chase Corporate Drive
Suite 120
Birmingham, AL 35244
Email: jnolan@constangy.com
Attorney for Legacy Community Federal Credit Union

Dated:  January 3, 2017.

/s/ *Kirkland E. Reid*
Kirkland E. Reid