## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KAYLA BLANCHARD,** | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | }   Case No.:  2:16-cv-01130-RDP |
| | } |
| **EQUIFAX INFORMATION SERVICES LLC, et al.,** | } |
| | } |
| Defendants. | } |

## ORDER OF DISMISSAL

This case is before the court on the Joint Notice of Settlement by Plaintiff and Defendants Equifax Information Services LLC and Trans Union LLC. (Doc. # 19).  The court, having been informed that a settlement has been reached, **DISMISSES** Plaintiff's claims against Defendants Equifax and Trans Union **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over these claims for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

This dismissal shall not affect any other right, claim, or cause of action which Plaintiff has, or may have, against any other party.

**DONE** and **ORDERED** this January 4, 2017.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE