FILED
2017 Jan-24  PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KAYLA BLANCHARD, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) 16-CV-01130-RDP |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC; TRANS UNION, LLC; LEGACY COMMUNITY FEDERAL CREDIT UNION | ) ) ) ) |
| | ) |
| DEFENDANTS. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Kayla Blanchard and Defendant Trans Union LLC, pursuant to Fed. R. Civ. P. 41, and hereby jointly request this Honorable Court dismiss all Plaintiff's claims against Defendant Trans Union LLC, with prejudice, with the Parties to bear their own attorney's fees, costs and expenses.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL 35203

/s/ Matthew W. Robinett
Matthew W. Robinett
Attorney for Trans Union
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of January 2017, that the foregoing was filed via the CM/ECF system and notice was sent to:

James N. Nolan, Esq.
Constangy, Brooks, Smith & Prophete, LLP
Two Chase Corporate Drive
Suite 120
Birmingham, AL 35244
nolan@constangy.com

Kirkland E. Reid, Esq.
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
kreid@joneswalker.com

/s/ John C. Hubbard