

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KAYLA BLANCHARD, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | 16-CV-01130-RDP |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC; TRANS UNION, ) | |
| LLC; LEGACY COMMUNITY ) | |
| FEDERAL CREDIT UNION ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Kayla Blanchard, Legacy Community Federal Credit Union, and Equifax Information Services LLC, pursuant to Fed. R. Civ. P. 41, and hereby jointly request this Honorable Court dismiss all Plaintiff's claims against Defendant Legacy Community Federal Credit Union and Equifax Information Services LLC, with prejudice, with the Parties to bear their own attorney's fees, costs and expenses.

John C. Hubbard
Attorney for Plaintiff
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL 35203

*James N. Nolan*
James N. Nolan
Constangy, Brooks, Smith &
Prophete, LLP
Two Chase Corporate Drive
Suite 120
Birmingham, AL 35244
nolan@constangy.com

*Kirkland E. Reid*
Kirkland E. Reid, Esq.
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
kreid@joneswalker.com